# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL CONKLIN, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 15-7169 (RBK) (KMW) |
| | : | |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| CAPE MAY COUNTY CORRECTIONAL CENTER, et al., | : | |
| | : | |
| Defendants. | : | |

Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while he was detained at the Cape May County Jail in Cape May Courthouse, New Jersey. In an Opinion and Order signed October 5, 2015, this Court administratively terminated this case as plaintiff had not paid the filing fee nor had he submitted an application to proceed *in forma pauperis*. (*See* Dkt. Nos. 3 & 4) However, on the same date that this Court administratively terminated this case, the Clerk docketed plaintiff's application to proceed *in forma pauperis*.

In light of plaintiff's *in forma pauperis* application, the Clerk will be ordered to reopen this case. Typically, at this time, this Court would examine plaintiff's *in forma pauperis* application to determine whether he is indigent and whether his *in forma pauperis* application is sufficient. However, mail from the Clerk to the plaintiff has since been returned as undeliverable. (*See* Dkt. Nos. 5 & 6) As of today's date, plaintiff has not updated the Court with his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will order the Clerk to re-administratively terminate this case. Should

2

plaintiff provide the Court with his updated address, the Court will then rule upon his application to proceed *in forma pauperis*.

Accordingly, IT IS this   14th   day of January, 2016,

ORDERED that the Clerk shall reopen this case in light of plaintiff's *in forma pauperis* application; and it is further

ORDERED that the Clerk shall re-ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

          s/Robert B. Kugler
          ROBERT B. KUGLER
          United States District Judge